IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) ROSA E. CASTRILLON-SANCHEZ<br>2) ROSA E. SANCHEZ-MERCADO<br>3) JORGE RIVERA-IZQUIERDO<br>4) JACK O'DELL<br>**5) CARMEN Z. SOSA-BARRETO**<br>6) LUIS RODRIGUEZ-BARRETO<br>7) NOEMI DELGADO-ALICEA<br>8) LIMARIE AMALBERT-BIRRIEL<br>9) AMARILYS PAGAN-ESTRELLA<br>Defendants | CRIMINAL 10-0247CCC |

**O R D E R**

Having considered the Report and Recommendation filed on June 17, 2011 (**docket entry 241**) on a Rule 11 proceeding of co-defendant (5) Carmen Z. Sosa-Barreto held before Chief U.S. Magistrate Judge Bruce J. McGiverin on June 16, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Carmen Z. Sosa-Barreto is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 16, 2011. The **sentencing hearing is set for September 15, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge